<u>**APPLICATION FOR APPOINTMENT OF COUNSEL**</u>

**DEFENDANT:** Clarence Gambill

**CRIMINAL NO.:** 05-27 Erie

**DATE:** July 5, 2005

<u>**DEFENDANT'S REQUEST**</u>

I HEREBY REQUEST THAT COUNSEL BE APPOINTED, REALIZING I COULD BE REQUIRED TO REIMBURSE THE GOVERNMENT IN FULL OR IN PART FOR THE ATTORNEY'S FEE.

*Clarence Gambill*
(Defendant's signature)

<u>**MAGISTRATE JUDGE'S DETERMINATION**</u>

**DETERMINATION:** COUNSEL SHOULD BE APPOINTED UPON THE DEFENDANT'S UNDERSTANDING THAT HE/SHE COULD BE REQUIRED BY THE COURT TO REIMBURSE THE GOVERNMENT IN FULL OR IN PART FOR THE ATTORNEY'S FEE. THIS DETERMINATION MAY BE MADE BY THE COURT AT THE CONCLUSION OF THE CASE.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE