IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES of AMERICA | : |
| v. | : |
| CLARENCE JUANE GAMBILL | : CRIMINAL NO. 05-27 ERIE |

**ORDER**

AND NOW, to-wit, this 25th day of July, 2005, upon the undersigned's Motion to Withdraw as Counsel of record it is hereby ORDERED, ADJUDGED and DECREED that Gene P. Placidi is hereby granted leave to withdraw as counsel of record on behalf of Clarence Juane Gambill, regarding the above captioned matter as Timothy J. Lucas has been appointed counsel on behalf of the defendant, Clarence Juane Gambill.

_Maurice B. Cohill, Jr._
J.