IN THE UNIDES STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

UNITED STATES OF AMERICIA :
:
vs. :
:
CLARENCE JUANE GAMBILL : CRIMINAL NO: 05-27 ERIE
:
:

### ENTRY OF APPEARANCE

**AND NOW,** this 21st, day of July 2005, I hereby appear as counsel for the defendant, Clarence Juane Gambill in the above captioned matter.

Respectfully submitted by,

_____
Tim Lucas, Esquire
French Street Townhouses
313 French Street
Erie, Pennsylvania 16507
Phone # (814) 455-5599
Fax # (814) 454-3243
I.D. # 17336

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : |
| | : CRIMINAL NO: 05-27   ERIE |
| CLARENCE JUANE GAMBILL | : |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that I am this 21st, day of July 2005, serving the foregoing document upon the person and in the manner indicated.

U.S. Attorney's Office
Western District of Pennsylvania
U.S. Assistant Attorney's Office
Federal Courthouse
Room A 310 17 South Park Row
Erie, Pennsylvania 16501

U.S. MAIL

_____
Tim Lucas, Esquire
French Street Townhouses
313 French Street
Erie, Pennsylvania 16507
Phone # (814) 455-5599
Fax # (814) 454-3243
I.D. # 17336