IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>vs. )<br>)<br>CLARENCE JUANE GAMBILL (1) )<br>) | CRIM 05-27E |

## NOTICE

The above entitled case is set for __CHANGE OF PLEA__

on __December 7, 2005__ at __10:00 a.m.__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   November 28, 2005

Copies to:   Marshall Piccinini, AUSA
Timothy J. Lucas, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh