MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.   No. CRIM 05-27 ERIE

CLARENCE JUANE GAMBILL (1)

*Defendant*

**HEARING ON** CHANGE OF PLEA

*Before Judge* MAURICE B. COHILL, JR.,

Marshall Piccinini, AUSA              Timothy J. Lucas, Esq.

*Appear for Plaintiff*                  *Appear for Defendant*

Hearing begun 10:00  12-7-05       Hearing adjourned to ————

Hearing concluded C. A. V. 10:30 12-7-05   Stenographer Sondra Black

**WITNESSES:**

For Plaintiff                            For Defendant

D Sworn; found competent to plead
Standard plea colloquy given
D changes plea to "guilty" as to Count I.
Sentencing date: March 15, 2006 at 9:00 a.m.
PSR ordered
O.R. bond continued