..., the defendant in the above entitled case hereby withdraws his plea of not guilty entered June 9    20 05, and now pleads guilty in open court this 7th day of December 20 05 as to Count I.

x  *Clarence Jerome Gamhill*
Defendant