IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| vs. | ) ) | CRIM 05-27 ERIE |
| CLARENCE JUANE GAMBILL (1) | ) ) ) | |

## NOTICE

The above entitled case is set for ___SENTENCE___

on __March 15, 2006__ at __9:00 a.m.__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   December 8, 2005

Copies to:   Marshall Piccinini, AUSA
Timothy J. Lucas, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh