Fo PS 8
(pawp 1 2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs.  Clarence Juane Gambill                    Docket No.    0315 1:05CR00027-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Clarence Juane Gambill, who was placed under pretrial release supervision by the Honorable Susan P. Baxter sitting in the COURT at Erie, PA, on the 9th day of June, 2005, under the following conditions:

The defendant is to report to Pretrial Services.

The defendant is to actively seek or maintain employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was arrested by the Wilkins Township Police Department on January 6, 2006. He was charged with Receiving Stolen Property, Firearms Not to be Carried without a License, and Possession or Distribution of a Small Amount of Marijuana. It should be noted that this officer spoke with the defendant on January 24, 2006, and he did not inform this officer of his new arrest. A preliminary hearing for this charge will be held on January 31, 2006

PRAYING THAT THE COURT WILL ORDER THAT A BAIL REVIEW HEARING BE SCHEDULED.

ORDER OF COURT

Considered and ordered this _____ 31 _____ day
of _____ , 2006, and ordered filed and
made a part of the records in the above case.

_Maurice B. Cohill, Jr._

Honorable Maurice B. Cohill, Jr.
U.S. Senior District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          January 27, 2006

_D. A. Jones_
David A Jones
U.S. Pretrial Services Probation Officer

_Elaine M Johnston_
Elaine M Johnston
Supervising U.S. Pretrial Services Probation Officer

Place          Pittsburgh, Pennsylvania