# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

January 31, 2006

Marshall J. Piccinini, AUSA

Timothy J. Lucas, Esquire

Clarence Juane Gambill c/o Timothy J. Lucas, Esquire

U.S. Marshal

Pretrial Services

Probation Office

    Re:  United States of America v. Clarence Juane Gambill
            Criminal No. 05-27E

Dear Counsel:

    Please be advised that a Bail Review Hearing for defendant Clarence Juane Gambill is scheduled in the above captioned matter on Wednesday, March 15, 2006 at 9:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

John Galovich, Deputy Clerk
To Judge Maurice B. Cohill, Jr.