# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

March 2, 2006

Marshall J. Piccinini, AUSA

Timothy J. Lucas, Esquire

Clarence Juane Gambill c/o Timothy J. Lucas, Esquire

U.S. Marshal

Pretrial Services

Probation Office

  Re: United States of America v. Clarence Juane Gambill
     Criminal No. 05-27E

Dear Counsel:

  Please be advised that the Sentencing/Bail Review Hearing for defendant Clarence Juane Gambill scheduled in the above captioned matter on Wednesday, March 15, 2006 at 9:00 a.m. has been **RE-SCHEDULED** for Tuesday, March 14, 2006 at 11:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

  If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

John Galovich, Deputy Clerk
To Judge Maurice B. Cohill, Jr.