# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

March 15, 2006

Marshall J. Piccinini, AUSA

Timothy J. Lucas, Esquire

Clarence Jaune Gambill c/o Timothy J. Lucas, Esquire

U.S. Marshal's Office

Probation Office

             Re:     United States of America v. Clarence Jaune Gambill
                        Criminal No. 05-27E

Dear Counsel:

        Please be advised that the Sentencing/Bail Review Hearing for defendant Clarence Jaune Gambill has been **RE-SCHEDULED** in the above captioned matter on Wednesday, May 17, 2006 at 9:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Mark your calendars accordingly.

        If you have any questions regarding this matter, contact me as soon as possible.

                          Very truly yours,

                          John Galovich, Deputy Clerk
                          to Judge Maurice B. Cohill, Jr.