IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                                    )
                                    )
                                    )
             vs.                    )     CR   05-27Erie
Clarence Juane Gambill              )
                                    )
                                    )
             Defendants             )

HEARING ON   Sentencing

Before   Judge Maurice B. Cohill, Jr.

Marshall Piccinini, AUSA                      Tim Lucas, Esq.

Appear for Plaintiff                          Appear for Defendant

Hearing Begun  9:00  5/17/06                  Hrg Adjourned to  —

Hrg concluded C.A.V.  9:10  5/17/06           Stenographer  Karen Earley

WITNESSES
For Plaintiff                                 For Defendant

U.S.S.G. Range: O.L. 23, Cat. I, 46-57 mo.; (Statutory minimum 60 mo.); S.R. 3-5 yrs.; fine $10,000 - $2,000,000; S.A. $100.

Sentence Imposed: 60 mo. Imprisonment (statutory minimum); S.R. 4 years; Special Conditions; fine waived; $100 S.A.

Bond continued; D may self-report
Judge will recommend FCI McKean or a facility near him.