CR 05-27 E

Special Assessment

Receipt #06000346

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 06000346 - DM   dm
        May 17, 2006


  Code   Case #    Qty      Amount

  IND FELD 05-27 CRe         100.00 CA


  TOTAL→               100.00



  FROM: CLARENCE GAMBILL
        2824 GERMAN STREET
        ERIE PA  16503
```