IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 05-27E |
| | ) | |
| CLARENCE CAMBILL | ) | |

The above named defendant satisfied the judgment of MAY 17, 2006 by paying on MAY 17, 2006 the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  5/24/06
Deputy Clerk                Date